)                               )

FILED

' SEP 12 PM 12:49

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED
PEOPLE, ET AL.,

    **Plaintiffs,**

vs.                                                  Case Nos.:   5:00-Civ-100-Oc-10
                                                                             5:00-Civ-155-Oc-10

STATE OF FLORIDA, DEPARTMENT          5:00-Civ-157-Oc-10
OF CORRECTIONS, ET AL.,               5:00-Civ-158-Oc-10

    **Defendants.**                                ALL CASES

_____/

### DEFENDANT DEPARTMENT OF CORRECTIONS' FILING OF A REPORT OF THE OPINIONS DR. PAUL WHITE WILL GIVE AT THE EVIDENTIARY HEARING ON SEPTEMBER 14, 2001

Defendant, State of Florida, Department of Corrections ("Department"), through counsel and pursuant to court order, hereby files a report of the opinions to be given by its expert, Dr. Paul White, at the evidentiary hearing to be held on September 14, 2001, and states as follows:

1. Dr. White adopts the two affidavits previously filed in this action regarding the underlying data files and the adequacy of the education, training, and discipline data.

2. With regards to the accuracy of each data base (applications, education, training, discipline), Dr. White cannot state that the electronic data is an accurate representation. On the belief that there has not been a widespread comparison of the

) )

electronic data to the paper documents, the most reasonable way to truly determine the accuracy of the electronic files would be to re-create such a database from a review of the paper documents. However, a complete review would not be necessary. Rather, a statistically acceptable and adequate sample of documents could be created from which both Dr. White and Plaintiffs' expert, Dr. Michael Berkman, would be able to conduct multiple regression analysis.

3. Dr. White has worked with a substantial number of employers' databases, both private and public, many of which are far less adequate than the files produced in this matter. It is Dr. White's frequent experience that paper documents must be reviewed to assess the quality of the electronic data. Dr. White's company, Economic Research Services, has experience constructing databases from paper documents on a scale much larger than the project being suggested here. Again, Dr. White would be willing to work with Dr. Berkman at all stages of this process.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by United States Mail to the individuals on the following service list on this _10__ day of September, 2001.

)                                           )

                      **DENNIS & BOWMAN, P.A**

By: _____
     CRAIG A. DENNIS, ESQUIRE
     FL BAR ID NO. 0361836
     WILLIAM PETER MARTIN, ESQUIRE
     FL BAR ID NO. 0843024
     Post Office Box 15589
     Tallahassee, Florida 32317-5589
     (850) 422-3345
     (850) 422-1325 (fax)
     ATTORNEYS FOR DEFENDANTS
     DEPARTMENT OF CORRECTIONS
     AND SECRETARY MICHAEL MOORE

) )

SERVICE LIST
NAACP, et al. vs. Department of Corrections, et al.
Case Nos.: 5:00-Civ-100-Oc-10, 5:00-Civ-155-Oc-10,
5:00-Civ-157-Oc-10, 5:00-Civ-158-Oc-10

Frank Scruggs, Esq.
Greenburg Traurig, P.A.
515 East Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301

Alfred A. Gray, Esq.
Greenberg Traurig, L.L.P.
One International Place, 3rd Floor
Boston, MA 02110,

Edwin R. Hudson, Esq.
Henry, Buchanan, Hudson,
 Suber & Williams, P.A.
P.O. Drawer 1049
Tallahassee, FL 32302

Thomas K. Equels, Esq.
Holtzman, Krinzman, Equels & Furla
16 W. Pine Street
Orlando, FL 32801

Kristin H. Woolam, Esq.
George, Hartz, Lundeen,
 Flagg & Fulmer, P.A.
2000 Main Street, Suite 402
Fort Myers, FL 33901

Elizabeth M. Rodriguez, Esq.
Kubicki Draper
25 W. Flagler Street
Miami, FL 33130

Blake Hayward, Esq.
Hayward & Grant, P.A.
3375 Capital Circle, N.E.
Building H, Suite 4
Tallahassee, FL 32308,